UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DAVID CURTIS KNIGHT | ) | BANKRUPTCY CASE NUMBER 07-10388 |
| LYNN MICHELE KNIGHT | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 6 | Charming Shoppes/Catherines<br>First Express<br>Post Office Box 856044<br>Louisville, Kentucky 40285-6044 | $ 1.81 |
| CLAIM #11 | eCAST Settlement Corporation<br>Post Office Box 35480<br>Newark, New Jersey  07193-5480 | $ 4.08 |
| CLAIM #15 | Country Door<br>c/o Creditors Bankruptcy Service<br>Post Office Box 740933<br>Dallas, Texas  75374 | $ 0.70 |
| CLAIM #16 | Monroe & Main<br>c/o Creditors Bankruptcy Service<br>Post Office Box 740933<br>Dallas, Texas  75374 | $ 0.92 |
| CLAIM #18 | eCAST Settlement Corporation<br>GE Money Bank / WalMart<br>Post Office Box 35480<br>Newark, New Jersey  07193-5480 | $ 2.30 |

| | | |
|---|---|---|
| CLAIM #19 | Chase Bank USA, N.A. / Kohl's<br>c/o Creditors Bankruptcy Service<br>Post Office Box 740933<br>Dallas, Texas   75374 | $ 4.91 |
| CLAIM #22 | B-Real, LLC<br>MS 550<br>Post Office Box 91121<br>Seattle, Washington   98111-9221 | $ 1.94 |
| CLAIM #24 | Von Maur<br>6565 Brady Street<br>Davenport, Iowa   52806 | $ 1.43 |

**TOTAL:   $18.09**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of August, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven